AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: DR:26-M -05501(1) |
| | § | |
| (1) Luis German SAILEMA-Moyolema | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 01, 2026** **in** **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, assaulted, resisted, opposed, impeded, intimidated, or interfered with an officer and employee of the United States, that is a United States Border Patrol Agent, while he was engaged in or on account of the performance of his official duties, a Felony.

in violation of Title **18** United States Code, Section(s) **111(a)(1)**

.

I further state that I am a(n) **Border Patrol Agent, LARA, FRANCISCO** and that this complaint is based on the following facts: *"On October 1, 2026, a Border Patrol Agent assigned to Leonards ranch in Eagle Pass, TX. responded to a report of three subjects entering the United States near a location associated with recent reports of individuals crossing the Rio Grande River while brandishing a machete. Guided by CBP aircraft, the agent located two subjects in brush. When the agent identified himself and issued commands, Luis*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ LARA, FRANCISCO
Signature of Complainant
LARA, FRANCISCO
Border Patrol Agent

10/05/2026
File Date

at DEL RIO, Texas
City and State

MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.

Case Number: DR:26-M -05501(1)

(1) Luis German SAILEMA-Moyolema

**Continuation of Statement of Facts:**

Sailema-Moyolema, defendant, resisted detention, overpowered the agent on uneven terrain, forced the agent to the ground, and pinned him by placing his weight on the agent's shoulders and arms. Defendant also bear-hugged the agent in a manner described as an attempt to smother. During the assault the agent mentioned the subject's hand was moving near his beltline close to his firearm. Assisting agents responded, canine deployment and baton strikes did not stop the assault. The defendant continued wrestling with the agent until more agents arrived, defendant then stopped resisting and was arrested. After Miranda warnings, Sailema-Moyolema admitted that he tried to flee and break free because he feared deportation."

Signature of Judicial Officer

/s/ LARA, FRANCISCO

Signature of Complainant